**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **MICHAEL CLAYTON WALTERS,** ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:04-CV-1485-N |
| ) | ECF |
| **DOUGLAS DRETKE, Director,** ) | |
| **Texas Department of Criminal Justice,** ) | |
| **Correctional Institutions Division,** ) | |
| Respondent. ) | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted.

SIGNED May 24, 2006.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE